UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6175**

18 U.S.C. § 371
18 U.S.C. § 513(a)
18 U.S.C. § 2    **CR - ZLOCH**

UNITED STATES OF AMERICA,

**MAGISTRATE JUDGE**
**SELTZER**

v.

KEN M. RICHARDS,
JUDY MARQUIS,
and,
PEGGY MEJIA

Defendants.

_____/

## **INDICTMENT**

The Grand Jury charges that:

## **COUNT 1**

1.    From on or about July 30, 1999, through in or about, December, 1999, the exact dates

being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and

elsewhere, the defendants,

**KEN M. RICHARDS,**
**JUDY MARQUIS,**
**and,**
**PEGGY MEJIA,**

did knowingly and willfully, combine, conspire, confederate and agree with others known and

unknown to the Grand Jury, to make, utter and possess counterfeited securities of an organization,



that is, checks drawn on NationsBank, with intent to deceive another person and organization, that is, NationsBank, an organization which operated in and the activities of which affected interstate commerce. in violation of Title 18. United States Code, Sections 513(a) and 2.

## GENERAL ALLEGATION

At all times material to this Indictment:

2.    NationsBank was a financial institution, whose accounts were insured by the Federal Deposit Insurance Corporation, had branches in Broward County and throughout the Southern District of Florida, and was an organization which operated in and the activities of which affected interstate commerce.

## OBJECT OF THE CONSPIRACY

3.    It was the object of the conspiracy that the defendants would unlawfully enrich themselves by making, uttering and possessing counterfeited securities, that is, counterfeit corporate checks. and then negotiating these counterfeited corporate checks at various NationsBanks located in Broward and Dade Counties. in the Southern District of Florida.

## MANNER AND MEANS

The manner and means by which the defendants sought to accomplish the object of the conspiracy included the following:

5.    It was part of the of the conspiracy that KEN M. RICHARDS, would, through the use of his computer, scanner, printer and blank check stock, manufacture and cause to be manufactured, counterfeited corporate checks of various corporate accounts, including the accounts of: Martin Luther King Elementary School (hereinafter, "MLK Elementary"); Hamelin Industries; and Shands Hospital.

2

6.    It was further part of the conspiracy that KEN M. RICHARDS would obtain the corporation's account information, including its name, address, account number and legitimate authorized signature, in order to manufacture the counterfeit corporate checks.

7.    It was further part of the conspiracy that KEN M. RICHARDS would recruit individuals, commonly known as "runners," to go to NationsBank for the purpose of negotiating the counterfeited check. KEN M. RICHARDS would make the checks payable to the runners.

8.    It was further part of the conspiracy that JUDY MARQUIS was a runner who then recruited PEGGY MEJIA to be a runner.

9.    It was further part of the conspiracy that the runners would go to NationsBank for the purpose of negotiating counterfeit checks. Upon completion of the transactions, the runners would give KEN M. RICHARDS the proceeds of the negotiated checks.

10.    It was further part of the conspiracy that the runners would from KEN M. RICHARDS receive monetary compensation for their check cashing services.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, at least one of the coconspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

11.    On varying dates, between on or about July 30, 1999, and in or about December, 1999, one or more of the coconspirators made, uttered, and possessed counterfeit corporate checks as alleged in Counts 2 through 43, which are re-alleged and incorporated as though fully set forth herein.

All in violation of Title 18, United States Code, Section 371.

3

## COUNTS 2 THROUGH 42

12. The general allegations contained in paragraphs 2 through 10 of Count 1 are re-alleged and incorporated as though fully set forth herein.

13. On or about the dates set forth below, at Broward and Dade Counties, in the Southern District of Florida, the defendants, as individually charged below, did knowingly, make, utter and possess counterfeited securities of an organization, that is, checks of and drawn on NationsBank, with intent to deceive another person and organization, that is NationsBank, an organization which operated in and the activities of which affected interstate commerce, on which organization the following checks were drawn from the accounts and in the amounts as described and set forth below:

| Count | Date | Account/Check# | Amount Payee | Defendants |
|---|---|---|---|---|
| 2 | 07/30/99 | MLK ELEMENTARY/865 | $812.57 MARQUIS | MARQUIS |
| | | | | RICHARDS |
| 3 | 07/30/99 | MLK ELEMENTARY/866 | $846.72 MARQUIS | MARQUIS |
| | | | | RICHARDS |
| 4 | 07/30/99 | MLK ELEMENTARY/868 | $834.37 MARQUIS | MARQUIS |
| | | | | RICHARDS |
| 5 | 07/30/99 | MLK ELEMENTARY/872 | $826.77 MARQUIS | MARQUIS |
| | | | | RICHARDS |
| 6 | 07/30/99 | MLK ELEMENTARY/875 | $854.71 MARQUIS | MARQUIS |
| | | | | RICHARDS |
| 7 | 07/30/99 | MLK ELEMENTARY/877 | $846.97 MARQUIS | MARQUIS |
| | | | | RICHARDS |
| 8 | 07/30/99 | MLK ELEMENTARY/879 | $768.13 MARQUIS | MARQUIS |
| | | | | RICHARDS |
| 9 | 07/30/99 | MLK ELEMENTARY/881 | $784.22 MARQUIS | MARQUIS |
| | | | | RICHARDS |

4

| Count | Date | Account/Check# | Amount Payee | Defendants |
|-------|------|----------------|--------------|------------|
| 10 | 07/30/99 | MLK ELEMENTARY/883 | $792.87 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 11 | 07/30/99 | MLK ELEMENTARY/885 | $788.54 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 12 | 09/15/99 | HAMELIN INDUSTRIES/30411 | $480.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 13 | 09/15/99 | HAMELIN INDUSTRIES/30413 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 14 | 09/15/99 | HAMELIN INDUSTRIES/30420 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 15 | 09/15/99 | HAMELIN INDUSTRIES/30422 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 16 | 09/15/99 | HAMELIN INDUSTRIES/30453 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 17 | 09/15/99 | HAMELIN INDUSTRIES/30454 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 18 | 09/15/99 | HAMELIN INDUSTRIES/30455 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 19 | 09/15/99 | HAMELIN INDUSTRIES/30457 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 20 | 09/15/99 | HAMELIN INDUSTRIES/30458 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 21 | 09/15/99 | HAMELIN INDUSTRIES/30459 | $465.62 MARQUIS | MARQUIS |
|    |          |                    |                | RICHARDS |
| 22 | 09/15/99 | HAMELIN INDUSTRIES/30490 | $472.62 MEJIA | MEJIA |
|    |          |                    |                | MARQUIS |
|    |          |                    |                | RICHARDS |

| Count | Date | Account/Check# | Amount Payee | Defendants |
|-------|------|----------------|--------------|------------|
| 23 | 09/16/99 | HAMELIN INDUSTRIES/30491 | $472.62 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |
| 24 | 09/16/99 | HAMELIN INDUSTRIES/30492 | $472.62 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |
| 25 | 09/16/99 | HAMELIN INDUSTRIES/30494 | $472.62 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |
| 26 | 09/16/99 | HAMELIN INDUSTRIES/30496 | $472.62 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |
| 27 | 09/16/99 | HAMELIN INDUSTRIES/30498 | $472.62 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |
| 28 | 09/16/99 | HAMELIN INDUSTRIES/30500 | $472.62 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |
| 29 | 09/16/99 | HAMELIN INDUSTRIES/30501 | $472.62 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |
| 30 | 11/8/99 | SHANDS HOSPITAL/732421 | $1,198.60 MEJIA | MEJIA |
| | | | | MARQUIS |
| | | | | RICHARDS |

| Count | Date | Account/Check# | Amount | Payee | Defendants |
|-------|------|----------------|--------|-------|------------|
| 31 | 11/8/99 | SHANDS HOSPITAL/732424 | $1,198.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 32 | 11/8/99 | SHANDS HOSPITAL/732425 | $1,198.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 33 | 11/8/99 | SHANDS HOSPITAL/732426 | $1,198.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 34 | 11/8/99 | SHANDS HOSPITAL/732427 | $1,198.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 35 | 11/8/99 | SHANDS HOSPITAL/732428 | $1,198.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 36 | 11/8/99 | SHANDS HOSPITAL/732429 | $1,198.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 37 | 11/16/99 | SHANDS HOSPITAL/732431 | $898.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 38 | 11/16/99 | SHANDS HOSPITAL/732432 | $898.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 39 | 11/16/99 | SHANDS HOSPITAL/732433 | $898.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |

| Count | Date | Account/Check# | Amount | Payee | Defendants |
|-------|------|----------------|--------|-------|------------|
| 40 | 11/16/99 | SHANDS HOSPITAL/732434 | $898.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 41 | 11/16/99 | SHANDS HOSPITAL/732435 | $898.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 42 | 11/16/99 | SHANDS HOSPITAL/732436 | $898.60 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |
| 43 | 11/16/99 | SHANDS HOSPITAL/732437 | $896.70 | MEJIA | MEJIA |
| | | | | | MARQUIS |
| | | | | | RICHARDS |

All in violation of Title 18, United States Code, Section 513(a) and 2.

A TRUE BILL

_Leonard Polk_

FOREPERSON

_Guy A. Lewis_

GUY A. LEWIS
UNITED STATES ATTORNEY

_Bertha R. Mitrani_

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

8

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

KEN RICHARDS, *et al.*

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)          Yes _____     No _____
Number of New Defendants      _____
Total number of counts          _____

___ Miami   ____ Key West
_X_ FTL     ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No) _NO_____
      List language and/or dialect   ____English_____

4.    This case will take __6__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | | Petty | |
| II | 6 to 10 days | _X_ | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | _X_ |
| V | 61 days and over | | | |

6.    Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____          Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) _____Yes_____
If yes:
Magistrate Case No. _00-4143-BSS_____
Related Miscellaneous numbers: _00-4705-BSS_____
Defendant(s) in federal custody as of _Richards has been in custody as of June 16, 2000_
Defendant(s) in state custody as of _____
Rule 20 from the _____      District of _____

Is this a potential death penalty case? (Yes or No) _____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No If yes, was it pending in the Central Region? __ Yes __ No

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

\*Penalty Sheet(s) attached                                         REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: KEN RICHARDS _____ No.:_____

Count # 1:

Conspiracy to make, utter and possess counterfeit securities; _____

in violation of 18 U.S.C. § 371 _____

*Max Penalty: 5 years' imprisonment; $250, 000 fine _____

Counts # 2-43:

Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C. § 513(a)

_____

*Max Penalty: 10 years' imprisonment; $250, 000 fine _____

Count #:

_____

_____

*Max Penalty: _____

Count #:

_____

_____

*Max Penalty: _____

Count # :

_____

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: JUDY MARQUIS                    No.:_____

Count # 1:

Conspiracy to make, utter and possess counterfeit securities;

in violation of 18 U.S.C. § 371

*Max Penalty: 5 years' imprisonment; $250, 000 fine

Counts # 2-43:

Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C. § 513(a)

*Max Penalty: 10 years' imprisonment; $250, 000 fine

Count #:

_____

*Max Penalty:

Count #:

_____

*Max Penalty:

Count # :

_____

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: PEGGY MEJIA _____     No.: _____

Count # 1:

Conspiracy to make, utter and possess counterfeit securities; _____

in violation of 18 U.S.C.  § 371 _____

*Max Penalty: 5 years' imprisonment; $250, 000 fine _____


Counts # 22-43:

Making, uttering and possessing counterfeit securities; in violation of 18 U.S.C.  § 513(a)

_____

*Max Penalty: 10 years' imprisonment; $250, 000 fine _____


Count #:

_____

_____

*Max Penalty: _____


Count #:

_____

_____

*Max Penalty: _____


Count # :

_____

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96