AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Bertha R. Mitrani  S/A Jason Krout, USSS, (305)629-1800

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JUDY MARQUIS

**WARRANT FOR ARREST**

FILED by D.C.
JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CASE NUMBER:**

00-6175

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JUDY MARQUIS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly conspiring to, and actually, uttering and possessing counterfeit securities of an organization,

in violation of Title __18__ United States Code, Section(s) __371 and 513(a)__

Clarence Maddox
Name of Issuing Officer

Jenny Butler
Signature of Issuing Officer

Bail fixed at $ __250,000 Corporate Surety Bond__

Clerk of the Court
Title of Issuing Officer

June 22, 2000, Fort Lauderdale, Florida
Date and Location

Lurana S. Snow
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

12