AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Bertha R. Mitrani  S/A Jason Krout, USSS, (305)629-1800

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   486/80

UNITED STATES OF AMERICA

V.

JUDY MARQUIS

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6175**

**CR-ZLOCH**

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JUDY MARQUIS
Name  **MAGISTRATE JUDGE
SELTZER**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Knowingly conspiring to, and actually, uttering and possessing counterfeit securities of an organization,

in violation of Title 18 United States Code, Section(s) 371 and 513(a)

Clarence Maddox
Name of Issuing Officer

*[signature] Jenny Butler*
Signature of Issuing Officer

Bail fixed at $ 250,000 Corporate Surety Bond

Clerk of the Court
Title of Issuing Officer

June 22, 2000, Fort Lauderdale, Florida
Date and Location

*[signature] Lurana S. Snow*
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/22/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 6/26/00 | FOR: FBI | John Walker, ASDUSM |

15