COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JUDY MARQUIS (J)     CASE NO: 00-6175-CR-ZLOCH

AUSA: BERTHA MITRANI /pres     ATTY: _____

AGENT: _____     VIOL: _____

PROCEEDING I/A ON INDICTMENT     RECOMMENDED BOND 50,000 PERSONAL SURETY

BOND HEARING HELD - yes/(no)     COUNSEL APPOINTED CJA to be appt'd

    BOND SET @ 50,000 PSB     Ed Salantrie

    SPECIAL CONDITIONS:

1) To be cosigned by: Parents
2) Rpt to PTS / as directed   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: MD, FL
4) _____

FILED by ___ D.C. JUN 26 2000 CLARENCE MADDOX CLERK U.S. DIST CT. S.D. OF FLA. FT. LAUD.

advised of charges - sworn for counsel

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

                         PTD/BOND HRG: _____

                         PRELIM/ARRAIGN: _____

                         REMOVAL HRG: _____

                         STATUS CONF: 7-11 // BSS

Date: 6/26/00    Time 11:00    FTL/LSS TAPE #00- 034    Begin: 2170    End: 2462
                                                               2479

re-call 634 - end 725    19