UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: CR 00-6175-CR-WJZ
              Plaintiff )
                           ) REPORT COMMENCING CRIMINAL
     -vs-               )       ACTION
Judy Deborah MARQUIS )
             Defendant        SS384-004
********************************************************
TO:  Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court       (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE —
********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 6/26/00 _____ am/pm

(2)  Language Spoken: English

(3)  Offense(s) Charged: 18 USC 513
                         18 USC 371

(4)  U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: 07/11/70

(6)  Type of Charging Document: (Check one)
    [✓] Indictment   [ ] Complaint  To be filed/Already filed
        Case #_____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES   [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: place to operate from defendant
          Ken Richards

(8)  Date: 6/26/00      (9) Arresting Officer: KRAUT

(10) Agency: USSS          (11) Phone: 305-_____

(12) Comments: _____