UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JUDY MARQUIS

ARRAIGNMENT INFORMATION SHEET

FILED by D.C.
JUN 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM_____

                      _____

                      Telephone:_____

DEFENSE COUNSEL:      Name:____EDWARD SALANTRIE, ESQ._____

                      Address:_____

                      _____

                      Telephone:_____

BOND SET:             $____50,000 PERSONAL SURETY_____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this __26TH__ day of __JUNE_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Denny Butler_____
    Deputy Clerk

Tape No._____00-034_____

cc: Copy for Judge
    U. S. Attorney