UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _00-6175-CR-WJZ_

STYLE: _USA v Judy Marquis_

DATE: _7-3-00_

The Chambers of the Honorable _____.
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

___ Docket this document as a motion for_____
_____.

___ Docket this document as a response to the following
motion: _____.

___ Docket this document as an answer _____.

___ Docket this document as _____.

___ Docket this as an information matter only and file on the
left side of the file.

✓ Other: _Co-signature page to Bond._
_____
_____
_____
_____

Signed: _____

Name: _____

Title: _____

31

Case No: 00-6175-CR-WJZ

## CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a $50,000 personal surety bond on behalf of _Judy Morguis_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 29th day of June, 2000.

Pearl Frampton
Name

6719 Goldeneye DR
Address

ORL          FL      32810
City         State   Zip

Sworn and subscribed before me this 29 day of June, 2000.

_____
NOTARY PUBLIC

My Commission Expires:

April 3, 2004

JENNIFER KEY
Notary Public - State of Florida
My Commission Expires Apr 3, 2004
Commission # CC724496

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL 33301