UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

JUDY MARQUIS

Defendant.
_____/

FILED by ___ D.C.
JUL 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 11, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will be forwarding its discovery response to defense counsel this week. The Government is ready to proceed and anticipates that this matter will require three days to try. Its case-in-chief will not involve any audio or video tapes. Finally, the Government informed the Court that a plea disposition remains possible.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response. Defense counsel too indicated that a plea disposition remains possible.

DATED at Fort Lauderdale, Florida this ___ day of July, 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

United States Attorney's Office

Edward Salantrie, Esq.
Attorney for Defendant