| | | | |
|---|---|---|---|
| DEFT: | Judy Marquis (no deft needed) | CASE NO: | 00-6175-CR-Zloch |
| AUSA: | Bertha Mitrani Hanigan | ATTNY: | Ed Salantrie _not present_ |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | FILED by D.C. |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___

___ BOND SET @ ___

FILED JUL 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Atty. Salantrie cannot attend today's hearing - He has not rec'd discovery but anticipates a plea
Discovery will go out today
No motions
3 days to try
no tapes
Gov't ready

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 7-11-00    TIME: 11:00am    TAPE # 00-055    PG # 3
2743 - 2777

39