**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6175-CR-ZLOCH**

UNITED STATES OF AMERICA

    v.

JUDY MARQUIS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, FL 33301

COURTROOM A  
DATE & TIME:  
September 27, 2000 at 3:00 PM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX  
CLERK OF COURT

_(signature)_  
BY DEPUTY CLERK

DATE: September 13, 2000

cc:  
Bertha Mitrani, Esq., AUSA  
Edward Salantrie, Esq.

FILED by _____ D.C.

SEP 13 2000

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.