

UNITED STATES OF AMERICA

vs

Judy Marquis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-Zloch

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on ___9-25-00___, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and x̶o̶u̶r̶t̶ ̶a̶p̶p̶o̶inted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: ___See Bond___

                   _____

                   Telephone: _____

DEFENSE COUNSEL:   Name: ___Ed Salantrie___

                   Address: _____

                   _____

                   Telephone: _____

BOND SET/CONTINUED:  $ ___Cont'd on bond as set___

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __25__ day of __September__, 20__00__.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. ___00-072___

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services