UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6175-CR-Zloch   DATE 9-25-00
CLERK Carlene Newby            REPORTER Carl Schanzleh
PROBATION                      INTERPRETER

UNITED STATES OF AMERICA  v. Judy Marquis

U. S. ATTORNEY Bertha M. Zrcin   DEFT COUNSEL Edward Salantare

DEFENDANT:  PRESENT   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Ct. 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted Plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 12-8-00   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement

86