DEFT: Judy Marquis (B)   CASE NO: 00-6175-CR-Zloch
AUSA: Bertha Mitrani / Thompson   ATTNY: Ed Salantrie present
AGENT: ___   VIOL: ___
PROCEEDING: Arraignment on SS Indictment   BOND REC: ___
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___

____ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring

SEP 2 5 2000

Reading of indictment waived
Not Guilty plea entered
Jury trial requested   Atty said not necessary
Standing Discovery Order requested

please set

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___   N/A
STATUS CONFERENCE: ___
DATE: 9-25-00   TIME: 11:00am   TAPE # 00-072   PG #
2661-2714

87