**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.    00-6175-CR-ZLOCH

vs.

JUDY MARQUIS

NOTICE OF SENTENCING DATE

*FILED by*
*SEP 2 5 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST.*
*S.D. OF FLA. FT. LAUD.*

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable ___WILLIAM J. ZLOCH___
United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern
District of Florida on ___December 8___ , 20 _00_ at _10:00_ _A._ M for imposition of sentence. On
that date, report to the U.S. Courthouse, Courtroom ___A___ , 299 East Broward Blvd., Ft. Lauderdale, FL 33301, where
sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear
as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.
3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $250,000, or both if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE
COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES
PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd.,
#409, Federal Building and Courthouse, Fort Lauderdale, Florida 33301.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the
necessary information to prepare the Prosecution Section of the Presentence Report.

ADMINISTRATIVE ORDER 95-02 ATTACHED.

Clerk, United States District Court

BY. _Caroline J. Newby_
Courtroom Deputy Clerk

DATE: _9.25.00_

COUNSEL _____

RECEIVED: _Judy A. Marquis_
(Defendant)

GUILTY PLEA  ☒    BOND  ☒    TO COUNT(S) _1 - SUPER. INDICT._
TRIAL  ☐    FEDERAL CUSTODY  ☐    TO TOTAL COUNTS _____
NOLO PLEA  ☐    STATE CUSTODY  ☐    ASST. U.S. ATTY _Mitrani_
U.S.M. CUSTODY  ☐