UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DEC 0 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER CC-6175-CR-Zloch  DATE 12-8-00
CLERK Carline Newby  REPORTER Carl Schanzle
PROBATION Tracey Webb  INTERPRETER _____

UNITED STATES OF AMERICA v. Judy Marquis

U. S. ATTORNEY Robin Rosenbaum  DEFT COUNSEL Edward Salantrie
for Bertha Mitrani

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Deft's objection withdrawn — Ct 1 — 5 yrs Reporting probation — to run concurrently with STATE Probation $24,150.94 — Rest. Restitution

JUDGMENT  joint & several — Spec Cond: Participate 180 days in Home Confinement Program — Not incur any further debt (see J&C) $100 assessment

CASE CONTINUED TO _____  TIME _____  FOR _____
Salantrie appointed for appeal —

MISC _____