cr-06175-WJZ Document 194    Entered on FLSD Docket 12/15/2000
...245 B (Rev. 8/96) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

FILED by _____ D.C.

DEC 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

**V.**

JUDY MARQUIS

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER:   00-6175-CR-ZLOCH

EDWARD SALANTRIE, ESQ.
Defendant's Attorney

## THE DEFENDANT:

X☒ pleaded guilty to count(s) _____ 1 _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:371 conspiracy | | 12/99 | 1 |

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE
DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through    5    of this judgment. The sentence is imposed
pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) _____ remaining _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days
of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed
by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth.: 7/11/70

Defendant's USM No : 55384-004

Defendant's Residence Address:
6719 Goldeneye Drive
Orlando, FL 32810

Defendant's Mailing Address:

Date of Imposition of Judgment    12/8/00

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Date    12/8/00

DEFENDANT:
CASE NUMBER:

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS



No further action required by
U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

SDUSM