MD/FL 12A
(9/97)

# United States District Court

for

**Southern District of Florida**
**Ft. Lauderdale Division**

## Report on Offender Under Supervision

Name of Offender: Judy Marquis                    Docket Number: 00-6175-CR-Zloch(s)

Name of Sentencing Judicial Officer: The Honorable Willliam J. Zloch
                    Chief United States District Judge

Date of Original Sentence: December 8, 2000

Original Offense: Conspiracy

Original Sentence: 5 Years Probation, 180 Days Home Confinement

Type of Supervision: Probation          Date Supervision Commenced: December 8, 2000

## NONCOMPLIANCE SUMMARY

On December 25, 2000 Marquis was to return to her residence by 10:30 p.m. She did not
return until 03:15 a.m.

## Action Taken and Reason:

Marquis was reprimanded about her noncompliance. She readily admitted that she made a
mistake. She claims she was unable to leave her job due to a holiday function. She was
reminded of the importance of abiding by her schedule while participating in the home
confinement program. Further noncompliant behavior will lead to request for violation.

Respectfully submitted,                    Approved,

Terese Santagata                    Kenneth L. Bray
U.S. Probation Officer                    Administrative Supervising
Date: January 8, 2001                    U.S. Probation Officer

MD/FL 12A
(9/97)

Offender: **Judy Marquis**
Docket: **00-6175-CR-ZLOCH**
Date Prepared: **January 8, 2001**

APPROVED: _William D. Zloch_ 1/23/01
U.S. District Judge/Date

DISAPPROVED: _____
U.S. District Judge/Date

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

COMMENTS: