MD/FL 12A
(9/97)

# United States District Court

for

**Southern District of Florida**
**Fort Lauderdale Division**

**Report on Offender Under Supervision**

Name of Offender: <u>Judy Marquis</u>　　　　　Docket Number: <u>00-6175-CR-Zloch</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Zloch</u>
　　　　　　　　　　　　　　　　　Chief United States District Judge

Date of Original Sentence: <u>December 8, 2000</u>

Original Offense: <u>Conspiracy</u>

Original Sentence: <u>5 Years Probation, 180 Days Home Confinement</u>

Type of Supervision: <u>Probation</u>　　　　Date Supervision Commenced: <u>December 8, 2000</u>

---

### NONCOMPLIANCE SUMMARY

On February 8, 2001, Marquis was to return to her residence by 10:30 p.m. Marquis did not return until 11:28 p.m.

On February 14, 2001, from approximately 2:30 a.m. to 9:00 a.m., Marquis' phone line was temporarily disconnected for non-payment.

### Action Taken and Reason:

Marquis claims on Thursday, February 8, 2001, she had been confused about her schedule because a previous schedule, no longer in effect, allowed her out until 12:30 a.m. Friday morning. On February 6, 2001, Marquis had been provided a new schedule, in writing, which required her to return at 10:30 p.m. on Thursdays.

Marquis reported she had not paid her phone bill because it had a charge on it for $70.00 which she disputed. The $113.00 phone bill was due on January 12, 2001. As of February 14, 2001, Marquis had failed to pay the $44.00 portion of the bill which was not disputed.

Marquis has been counseled as to the seriousness of her non-compliance. She has been advised that any future non-compliance will result in a request for additional court sanctions or revocation. No court action is requested at this time.



Offender: **Judy Marquis**
Docket: **00-6175-CR-Zloch(s)**
Date Prepared: **February 14, 2001**

Respectfully submitted,

Troy C. Dennis
U.S. Probation Officer
Date: February 14, 2001

Approved,

Kenneth L. Bray
Supervising
U.S. Probation Officer

APPROVED: _____ 2/24/01
~~U.S. Magistrate~~ Judge/Date
CHIEF U.S. DISTRICT JUDGE

DISAPPROVED: _____
U.S. Magistrate Judge/Date

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

COMMENTS: