**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 00-6175-CR-ZLOCH/SELTER(s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

KEN RICHARDS,

    Defendant.
_____/

### PROOF OF PUBLICATION OF NOTICE OF FORFEITURE FOR PUBLICATION

The United States gives Notice of filing the attached Public Notice of Action and Arrest of Forfeiture.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180

## BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft Lauderdale, Broward County, Florida

**STATE OF FLORIDA**
**COUNTY OF BROWARD:**

Before the undersigned authority personally appeared C.J. SAXON, who on oath says that she is the ADMINISTRATIVE ASSISTANT, of the Broward Daily Business Review f/k/a Broward Review, a newspaper published at Fort Lauderdale in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

00-6175
NOTICE OF FORFEITURE FOR PUBLICATION UNITED STATES OF AMERIC VS KEN RICHARDS

in the U.S. DISTRICT Court, was published in said newspaper in the issues of

04/30/2001

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida and that the said newspaper has heretofore been continuously published in said Broward County, Florida and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this

30 day of APRIL , A.D. 2001

(SEAL)

C.J. SAXON personally known to me



### NOTICE OF FORFEITURE FOR PUBLICATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6175-CR-ZLOCH/SELTZER(s)
UNITED STATES OF AMERICA, Plaintiff,
v.
KEN RICHARDS, Defendant.

Notice is hereby given that on April 16, 2001, in the case of United States v. Ken Richards, Case No. 00-6175-CR-Zloch/Seltzer(s), the United States District Court for the Southern District of Florida entered a Judgment and Preliminary Order of Forfeiture condemning and forfeiting the defendant's interest in the following property to the United States of America:
A. Approximately $21,000.00 in account no. 656-101281-006 in the name of KEN M. RICHARDS, at Morgan Stanley Dean Witter;
B. Approximately $26,000.00 in account no. 706 608 13 in the name of KEN M. RICHARDS, at First Union National bank;
C. Approximately $15,800.00 in account no. 706 705 92 in the name of KEN M. RICHARDS, at First Union National Bank;
D. 1996 Honda Accord LX, VIN#1HGCD5634TA133974, titled to KEN M. RICHARDS;
E. Approximately $1,000.00 in account no. 1050001412345 the name of KEN M. RICHARDS, at First Union National bank;
F. The items listed in the "Inventory of Items Seized Under Authority of a Warrant" attached to the consent to forfeiture and stipulation of settlement filed with the court on January 16, 2001.

The foregoing Judgment and Preliminary Order of Forfeiture having been entered on April 16, 2001, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Arrangements to view the subject property may be made by contacting the United States Marshals Service, located at 51 S.W. 1st Avenue, Miami, FL 33130, telephone (305) 536-7575, during normal business hours. Any person having or claiming a legal right, title or interest in the aforementioned property must petition the District Court for the Southern District of Florida for a hearing to adjudicate the validity of his/her alleged interest in the property within thirty (30) days of the final publication of this notice pursuant to 21 U.S.C. § 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The petition shall be filed with the United States District Court for the Southern District of Florida in the above-styled case at the following address:
Clerk of Court
299 East Broward Blvd.
Fort Lauderdale, FL. 33301
Copies of the petition shall also be served upon the United States Attorney to the attention of:
WILLIAM H. BECKERLEG, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, Fl 33394
Following the Court's disposition of all petitions filed, or if no such petition are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Respectfully submitted,
**GUY A. LEWIS**
UNITED STATES ATTORNEY
BY WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext.3614
Fax: (954) 356-7180
Fla. Bar No. A5500074
4/30        01-4-21/157951B