SD/FL PACTS NO.64441

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 00-6175-Cr-Zloch(s)**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Judy Marquis.

    Defendant.
_____/



## CONSENT AGREEMENT

The United States of America and <u>Judy Marquis</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the $<u>24,180.94</u> restitution imposed in the Judgment and Probation Commitment Order entered herein on <u>December 8, 2000</u>, against Defendant <u>Judy Marquis</u>, pursuant to the following terms.

1.    The defendant, <u>Judy Marquis</u>, shall pay the restitution/fine balance of $<u>20,849.94,</u> plus statutory interest of<u> determined by the United States Attorney</u> pursuant to 18 USC 3612(f) to the United States of America at the rate of $<u>45</u> per month, beginning the first day of the month following expiration of supervision and each month thereafter until the obligation is paid in full.

2.    The Defendant, <u>Judy Marquis</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla)( and mailed to the:

SD/FL PACTS NO.64441

Clerk of the Court
U.S. District Court
Southern District of Florida
Financial Section
301 North Miami Avenue, Room 150
Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3.      The Defendant, <u>Judy Marquis</u>, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4.      The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5.      The Defendant, <u>Judy Marquis</u>, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6.      The parties agree that upon the complete satisfaction of the <u>$24,180.94</u> restitution/fine judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

SD/FL PACTS NO.64441

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____          By: _____
Defendant: Judy Marquis                       Elizabeth Ruf Stein
Address: 1207 Fifth St, Clermont Fl 34711     Assistant U.S. Attorney
Phone:                                        Financial Litigation Unit
SSN: 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                              99 N.E. 4th Street, #313
                                              Miami, Florida  33132-2111
                                              Phone: (305) 961-9313
                                              Fax:  (305) 530-7195
                                              FLA Bar No: 354945
                                              Email: elizabeth.stein@usdoj.gov


_____
Deborah L. McLeod
U.S. Probation Officer
Address: 207 NW 2nd Street, Room 257, Ocala Fl 34475
Phone: 352-368-4785
Fax:


Dated this 25 day of May, 2005.