

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUDY MARQUIS,

    Defendant.
_____/

**ORDER ADOPTING CONSENT AGREEMENT**

THIS MATTER is before the Court upon the United States of America and Judy Marquis' Consent Agreement (DE 285). The Court has carefully reviewed said Consent Agreement and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the United States of America and Judy Marquis' Consent Agreement (DE 285) be and the same is hereby approved, adopted and ratified by the Court. The amount of restitution ordered in the Court's prior Order of Judgment (DE 191), to the extent not already satisfied, shall be paid in accord with the terms of said Consent Agreement (DE 285).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _20th_ day of June, 2005.

                WILLIAM J. ZLOCH
                Chief United States District Judge

Copies furnished:

See attached mailing list

```
MAILING LIST - UNITED STATES OF AMERICA v. JUDY MARQUIS
CASE NO.: 00-6175-CR-ZLOCH

Elizabeth Ruf Stein, Esq., AUSA
Financial Litigation Unit
99 N.E. 4th Street, # 313
Miami, FL 33132-2111
Phone:    (305)961-9313
Fax:      (305)530-7195

Deborah L. McLeod, USPO
207 N.W. 2nd Street, Room 257
Ocala, FL 34475

Judy Marquis, Pro Se
1207 Fifth Street
Clermont, FL 34711
```